Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

_____ District of Connecticut

Caption:

United States

v.

Timothy Allen

Docket No.: 3:15-cr-00221(AVC)

The Hon. Alfred V. Covello

(District Court Judge)

Notice is hereby given that Timothy Allen appeals to the United States Court of Appeals for the Second Circuit from the judgment _____, other |✔| Order (DE 54) Denying Motion to Suppress (DE 38)

(specify)

entered in this action on 3/30/2017

(date)

This appeal concerns: Conviction only |✔|   Sentence only |___|   Conviction & Sentence |___|   Other |___|

Defendant found guilty by plea |✔| trial | | N/A | .

Offense occurred after November 1, 1987?   Yes |✔|   No [     N/A [

Date of sentence: 9/14/2017                    N/A |___|

Bail/Jail Disposition: Committed |✔|   Not committed | |   N/A |

Appellant is represented by counsel? Yes ✔ | No |     If yes, provide the following information:

Defendant's Counsel:      James P. Maguire, Assistant Federal Defender

Counsel's Address:         Office of the Federal Defender

265 Church Street, Suite 702, New Haven, CT  06510

Counsel's Phone:           203-498-4200

Assistant U.S. Attorney:   Jacabed Rodriguez-Coss

AUSA's Address:            United States Attorney's Office

1000 Lafayette Blvd, Bridgeport, CT

AUSA's Phone:              203-696-3000

/s/ James P. Maguire